UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

UNITED STATES OF AMERICA,

v.

DOMINICK P. CAROLLO,
STEVEN E. GOLDBERG
AND PETER S. GRIMM,

                     Defendants.

-------------------------------------------------------------- X

S1 10-CR-654 (HB)

NOTICE OF APPEARANCE

       PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned action as counsel for Defendant Steven E. Goldberg. He is admitted to practice in this Court.

.

Dated:  New York, New York
           July 7, 2011

                                    Respectfully submitted,

                                    LANKLER SIFFERT & WOHL LLP

                                    By: _____
                                         Daniel M. Gitner

                                    500 Fifth Avenue, 33rd Floor
                                    New York, NY 10110
                                    Telephone (212) 921-8399
                                    Fax (212) 764-3701
                                    DGitner@lswlaw.com

                                    *Attorneys for Defendant Steven E. Goldberg*

## CERTIFICATE OF SERVICE

  The undersigned, an attorney, hereby certifies that he caused true and correct copies of the foregoing Notice of Appearance to be served on the 7th day of July 2011, via the Court's electronic filing system on upon all counsel of record.

Dated: July 7, 2011

            LANKLER SIFFERT & WOHL LLP

            By: _____
               Daniel M. Gitner

            500 Fifth Avenue
            New York, New York 10110
            Telephone (212) 921-8399
            Fax (212) 764-3701
            DGitner@Lswlaw.com