UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                Plaintiff,

                Case No. 10-CR-00654 (HB)

      v.

CAROLLO, ET AL.,

                Defendants
-----------------------------------------------------------X

## DANIEL NAEH'S NOTICE OF MOTION TO QUASH

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and Declaration of Susan Hoffinger, dated February 22, 2011, Non-Party Daniel Naeh, by and through his counsel, will move this Court at such time as the Court designates, before the Honorable Harold Baer, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, at a time and date to be set by the Court for an Order pursuant to Federal Rule of Criminal Procedure 17(c)(2) quashing defendant Steven E. Goldberg's subpoena served upon Mr. Naeh on February 10, 2012, and such other relief as the Court deems just and proper.

    Dated: February 22, 2012
           New York, New York

                                          Respectfully submitted,
                                          HOFFINGER STERN & ROSS LLP

                                          By: _____
                                          Susan Hoffinger, Esq.
                                          150 East 58th Street, 19th Floor
                                          New York, NY 10155
                                          (212) 421-4000
                                          Attorney for Non-Party Daniel Naeh