UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
UNITED STATES OF AMERICA,                                      :    S1 10-CR-654 (HB)
                                                               :
      v.                                                       :    NOTICE OF APPEARANCE
                                                               :
DOMINICK P. CAROLLO,                                           :
STEVEN E. GOLDBERG                                             :
AND PETER S. GRIMM,                                            :
                                                               :
                    Defendants.                              :
                                                               :
-------------------------------------------------------------- X

      PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned action as counsel for Defendant Steven E. Goldberg.  He is admitted to practice in this Court.
.

Dated:  New York, New York
       April 11, 2012

                        Respectfully submitted,

                        LANKLER SIFFERT & WOHL LLP


                        By: _____/s/_____
                               Derek Chan

                        500 Fifth Avenue, 33rd Floor
                        New York, NY 10110
                        Telephone (212) 921-8399
                        Fax (212) 764-3701
                        DChan@lswlaw.com

                        *Attorneys for Defendant Steven E. Goldberg*

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, hereby certifies that he caused true and correct copies of the foregoing Notice of Appearance to be served on the 11th day of April 2012, via the Court's electronic filing system on upon all counsel of record.

Dated: April 11, 2012                       LANKLER SIFFERT & WOHL LLP

                                                By:_____/s/_____
                                                      Derek Chan

                                                500 Fifth Avenue
                                                New York, New York 10110
                                                Telephone (212) 921-8399
                                                Fax (212) 764-3701
                                                DChan@Lswlaw.com