# LANKLER SIFFERT & WOHL LLP
ATTORNEYS AT LAW

33RD FLOOR
500 FIFTH AVENUE
NEW YORK, N.Y. 10110-3398
WWW.LSWLAW.COM

TELEPHONE (212) 921-8399
TELEFAX   (212) 764-3701

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/12
```

July 9, 2012



JUL 09 2012

**Via Facsimile and FedEx**

Hon. Harold Baer, Jr.
United States District Judge
United States Courthouse
500 Pearl Street, Room 2230
New York, New York 10007

Re: *United States v. Carollo, et al*, 10 Cr. 654 (HB)

Dear Judge Baer:

    We respectfully submit this letter on behalf of Steven Goldberg to request that his Pretrial Service reporting obligations be changed from monthly in-person meetings to weekly reporting by telephone, with in person reporting to be done every other month. This is the same obligation that Your Honor allowed for co-defendant Dominic Carollo in an Order issued July 1, 2012. Mr. Goldberg lives in Glen Ridge, New Jersey, and this accommodation would permit him to avoid travel to Newark for brief meetings with Pretrial Services.

    We have spoken with Danielle Guido, the Supervising Officer at the Pretrial Services Office in Newark and Francesca Tessier, the Pretrial Services Officer in New York responsible for Mr. Goldberg's case. Ms. Tessier has informed us by email, copying the New Jersey Office, that Pretrial Services takes no position on the matter and that she has "no objections" to telephone reporting. We also understand that the government has no objection.

Respectfully submitted,

Daniel M. Gitner

With no objections, granted.
SO ORDERED:

Harold Baer, Jr., U.S.D.J.
Date: 7/11/12

cc: All Counsel of Record (by email)
    Francesca Tessier, Pretrial Services, PSO (by email)