Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern District of New York

U.S. DISTRICT COURT FILED OCT 26 2012 D.S. S.D. OF N.Y.

Caption:

United States of America v.

Carollo, et al.

Docket No.: S1 10-CR-654 (HB)

Hon. Harold Baer, Jr.
(District Court Judge)

Notice is hereby given that Steven E. Goldberg appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other [ ] _____ (specify) entered in this action on October 25, 2012.
(date)

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction & Sentence ✓   Other [ ]

Defendant found guilty by plea [ ]   trial ✓   N/A [ ]

Offense occurred after November 1, 1987?   Yes ✓   No [ ]   N/A [ ]

Date of sentence: October 18, 2012   N/A [ ]

Bail/Jail Disposition: Committed ✓   Not committed [ ]   N/A [ ]

The defendant must surrender to the Bureau of Prisons or the United States Marshal by November 26, 2012.

Appellant is represented by counsel? Yes ✓   No [ ]   If yes, provide the following information:

Defendant's Counsel: John S. Siffert

Counsel's Address: Lankler Siffert & Wohl LLP

500 Fifth Avenue, 33rd Floor, New York, NY 10110

Counsel's Phone: 212-921-8399

Assistant U.S. Attorney: Antonia R. Hill

AUSA's Address: Antitrust Division, U.S. Department of Justice

26 Federal Plaza, Room 3630, New York, NY 10278

AUSA's Phone: 212-335-8023

Signature