Criminal Notice of Appeal - Form A

AMENDED
## NOTICE OF APPEAL

United States District Court

Southern District of New York

U.S. DISTRICT COURT FILED NOV 13 2012 D.S. S.D. OF N.Y.

Caption:

United States of America v.

Carollo, et al.

Docket No.: S1 10-CR-654 (HB)

Hon. Harold Baer, Jr.
(District Court Judge)

Notice is hereby given that Steven E. Goldberg appeals to the United States Court of Appeals for the Second Circuit from the judgment ___, other ✓ Amended Judgment (specify)

entered in this action on November 7, 2012* (date)

* Clerical correction pursuant to Fed. R. Crim. P. 36. Original judgment entered on October 25, 2012.

This appeal concerns: Conviction only ___ Sentence only ___ Conviction & Sentence ✓ Other ___

Defendant found guilty by plea ___ | trial ✓ | N/A ___

Offense occurred after November 1, 1987? Yes ✓ No ___ N/A ___

Date of sentence: October 18, 2012 ___ N/A ___

Bail/Jail Disposition: Committed ✓ Not committed ___ N/A ___

The defendant must surrender to the Bureau of Prisons or the United States Marshal on December 3, 2012.

Appellant is represented by counsel? Yes ✓ No ___ If yes, provide the following information:

Defendant's Counsel: John S. Siffert
Counsel's Address: Lankler Siffert & Wohl LLP
500 Fifth Avenue, 33rd Floor, New York, NY 10110
Counsel's Phone: 212-921-8399

Assistant U.S. Attorney: Antonia R. Hill
AUSA's Address: Antitrust Division, U.S. Department of Justice
26 Federal Plaza, Room 3630, New York, NY 10278
AUSA's Phone: 212-335-8023

Signature